AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

## For The District of Columbia

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL COMPLAINT** |
| V. | |
| **PEDRO DOS SANTOS** | CASE NUMBER: |
| DOB: 06-05-1967 | |
| PDID: | |
| (Name and Address of Defendant) | |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __October 2001 through on or about January 2005__ in __Washington, D.C.__ county, in the _____ District of __Columbia__ defendant(s) did, (Track Statutory Language of Offense)

knowingly executing a scheme or artifice to defraud a financial institution in order to obtain money, funds, credits, or assets owed by, or under the custody or control of, a financial institution, by means of false or fraudulent pretenses, representations, or promises

in violation of Title __18__ United States Code, Section(s) __1344__.

I further state that I am __Anthony Saler, Agent with the United States Secret Service__, and that this complaint is based on the following facts:

**See Attached Affidavit**

Continued on the attached sheet and made a part hereof:  ☒ Yes   ☐ No

_____
Signature of Complainant

AUSA, Ronald W. Sharpe
(202) 353-9460
Sworn to before me and subscribed in my presence,

Anthony Saler, Agent
United States Secret Service

_____   at   __Washington, D.C.__
Date                                              City and State

_____        _____
Name & Title of Judicial Officer                       Signature of Judicial Officer