**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **MAGISTRATE NO:  05-163-M-01** |
| | : | **CRIMINAL NO: 06-219 (RWR)** |
| v. | : | |
| | : | |
| | : | |
| **PEDRO PAULO DOS SANTOS,** | : | |
| **a.k.a. PEDRO DOS SANTOS** | : | |
| | : | **UNDER SEAL** |
| | : | |
| | : | |

**GOVERNMENT'S MOTION TO UNSEAL**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby respectfully moves this Court to unseal, the Arrest Warrant, the accompanying Affidavit in Support of an Arrest Warrant and the Indictment, currently under seal.  In addition, the government moves to seal this motion and this Court's Order unsealing this matter.  In support of this motion, the United States represents the following:

At the time the Arrest Warrant was executed, the Affidavit in Support of an Arrest Warrant contained sensitive law enforcement information which, if made public, may have impeded the ongoing investigation by alerting persons suspected of engaging in criminal conduct of undercover law enforcement activity and other information known to law enforcement.  Such premature public disclosure could have compromised the ongoing investigation and could have undermined the development of evidence in this matter.  On July 19, 2006, a grand jury sitting in United States District Court for the District of Columbia indicted defendant in a 10-count indictment for alleged criminal activity relating to information contained in the aforementioned Affidavit in Support of a Arrest Warrant.

Since the issuance of the Arrest Warrant on March 25, 2005, law enforcement authorities have learned that defendant fled the United States and is currently residing in his native Brazil. Currently, there is no extradition treaty in effect between the United States and Brazil.  In an effort to apprehend defendant should he travel outside of Brazil, the government intends to submit a request for a Red Notice.[1]   To avail itself of this investigative tool, the government must provide a copy of the outstanding charging instruments, which include the Arrest Warrant, the accompanying Affidavit in Support of an Arrest Warrant and the Indictment, to INTERPOL - U.S. National Central Bureau, the United States' representative to INTERPOL and a component of the U.S. Department of Justice.

Because the investigation of defendant's alleged criminal activity has been completed with the issuance of the aforementioned Indictment, there is no further need for secrecy.  Furthermore, to assist in the apprehension of defendant, the government now seeks the issuance of a Red Notice which requires a copy of the outstanding charging instruments. Accordingly, the government respectfully requests that the Court unseal the Arrest Warrant, the accompanying Affidavit in Support of an Arrest Warrant and the Indictment.

---

[1]   The International Criminal Police Organization (INTERPOL) maintains a global electronic communications network to instantly disseminate wanted person broadcasts and publishes and distributes formal fugitive circulars (Red Notices) among its 181 member countries.  All INTERPOL member countries commit to immediately notify the country issuing the Red Notice if the subject of a Red Notice is located in their country.   More than 70 countries regard the Red Notice as a request for provisional arrest with a view toward extradition and use the notices to effect fugitive arrests.

WHEREFORE, the government respectfully requests that this motion be granted.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

_____

Ronald W.  Sharpe
D.C. Bar No.  434575
Assistant United States Attorney
Fraud and Public Corruption Section
555 4th Street NW
Washington, DC 20530

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing motion has been served by mail upon counsel for defendant, Thomas Abbenante, 1919 Pennsylvania Avenue, N.W., Suite 200, Washington, D.C.  20006, this 29th day of November 2006.

_____

ASSISTANT UNITED STATES ATTORNEY