**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **MAGISTRATE NO: 05-163-M-01** |
| | : | **CRIMINAL NO: 06-219 (RWR)** |
| **v.** | : | |
| | : | |
| | : | |
| **PEDRO PAULO DOS SANTOS,** | : | |
| **a.k.a. PEDRO DOS SANTOS** | : | |
| | : | **UNDER SEAL** |
| | : | |
| _____ | : | |

**ORDER**

Upon consideration of the representations in the Government's Motion to Unseal, it is,

HEREBY ORDERED that the Government's Motion to Unseal shall be, and hereby is,

GRANTED, and the Affidavit in Support of Arrest Warrant, the Arrest Warrant and the

Indictment, shall be unsealed until further Order of the Court.

IT IS FURTHER ORDERED THAT the Government's Motion to Unseal and this

Court's Order, shall be sealed until further order of the Court and there shall be no public

docketing of the filing of said motion.

Dated_____         _____
                                      RICHARD W. ROBERTS
                                      UNITED STATES DISTRICT JUDGE

cc:    Ronald W. Sharpe               Thomas Abbenante
       Assistant United States Attorney   1919 Pennsylvania Avenue, N.W., Suite 200
       Fraud and Public Corruption Section   Washington, D.C. 20006
       555 4th Street NW
       Washington, DC 20530