UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
DEC 12 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) Criminal Action No. 06-219 (RWR) |
| PEDRO PAULO DOS SANTOS, | ) FILED UNDER SEAL |
| Defendant. | ) |

### ORDER

The government has moved, for cause shown, to unseal the arrest warrant, the affidavit in support of the arrest warrant, and the indictment in this case. The motion also requests, for no cause shown, that the motion to unseal and any order to unseal not be publicly docketed and remain sealed. The government shall have until December 18, 2006 to supplement its motion showing cause as to why its motion and any resulting order should be sealed and not publicly docketed.

SIGNED this 11th day of December, 2006.

/s/ RW Roberts

RICHARD W. ROBERTS
United States District Judge