UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | MAGISTRATE NO: 05-163-M-01 |
| | : | CRIMINAL NO: 06-219 (RWR) |
| v. | : | |
| | : | |
| | : | |
| **PEDRO PAULO DOS SANTOS,** | : | |
| a.k.a. **PEDRO DOS SANTOS** | : | |
| | : | **UNDER SEAL** |
| | : | |
| _____ | : | |

### SUPPLEMENT TO GOVERNMENT'S MOTION TO UNSEAL

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby supplements Government's Motion to Unseal filed November 29, 2006. In support of this motion, the United States represents the following:

1. On November 29, 2006, the government filed the Government's Motion to Unseal in which it moved to unseal the arrest warrant, the accompanying affidavit in support of an arrest warrant and the indictment in this case. In that motion, the government also requested that the motion to unseal and any resulting order not be publicly docketed.

2. In its order filed December 12, 2006, the Court ordered the government to supplement its motion showing cause why its motion and resulting order should be sealed and not publicly docketed.

3. At the time the government filed its motion, the arrest warrant, the accompanying affidavit in support of an arrest warrant and the indictment in this case were under seal and there was no assurance how the Court would rule on the government's motion. The Rules of the United States District Court for the District of Columbia state that pleadings will be treated as sealed, pending the outcome of the ruling on the motion. LCrR 49.1(h)(1). The request in the government's motion

merely reflected the government's attempt to comply with the aforementioned rule. Absent the government's ambition to maintain consistency in its practice of the law with the local rules, the government makes no representations as to why its motion to unseal or any related pleadings or resulting order(s) should be sealed and not publicly docketed.

WHEREFORE, the government respectfully requests that this motion be granted.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney
Bar No. 498610

_____
Ronald W. Sharpe
D.C. Bar No. 434575
Assistant United States Attorney
Fraud and Public Corruption Section
555 4th Street, NW
Washington, DC 20530

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing motion has been served by mail upon counsel for defendant, Thomas Abbenante, 1919 Pennsylvania Avenue, N.W., Suite 200, Washington, D.C. 20006, this 14th day of December 2006.

_____
ASSISTANT UNITED STATES ATTORNEY