UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | MAGISTRATE NO: 05-163-M-01 |
| : | CRIMINAL NO: 06-219 (RWR) |
| **v.** : | |
| : | |
| : | |
| **PEDRO PAULO DOS SANTOS,** : | |
| **a.k.a. PEDRO DOS SANTOS** : | |
| : | |
| : | |
| _____ : | |

**ORDER**

Upon consideration of the representations in the Government's Motion to Unseal and the Supplement to Government's Motion to Unseal it is,

HEREBY ORDERED that the Government's Motion to Unseal shall be, and hereby is,

GRANTED, and the Affidavit in Support of Arrest Warrant, the Arrest Warrant and the Indictment, shall be unsealed until further Order of the Court.

Dated_____          _____
                                      RICHARD W. ROBERTS
                                      UNITED STATES DISTRICT JUDGE

cc:   Ronald W. Sharpe
      Assistant United States Attorney
      Fraud and Public Corruption Section
      555 4th Street NW
      Washington, DC 20530

      Thomas Abbenante
      1919 Pennsylvania Avenue, N.W.
      Suite 200
      Washington, D.C. 20006